AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

| UNITED STATES OF AMERICA<br>V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| JIA HE ZHENG aka<br>JEFF SHUI-WAH WONG | Case Number: CR-05-00034-001 |

(Name and Address of Defendant)

U.S. MARSHALS-GUAM
RECEIVED
13 APR 05 14 00 01

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue** | Room<br>**413** |
|---|---|
| | Date and Time<br>**Friday, April 15, 2005 at 11:00 a.m.** |
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR.** | |

To answer a(n)
X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title \_\_\_\_\_**18**\_\_\_\_\_ United States Code, Section(s) \_\_\_\_\_**1546**\_\_\_\_\_

Brief description of offense:

**USE OF ALTERED PASSPORTS**

ORIGINAL

**MARILYN B. ALCON, Deputy Clerk**
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**April 13, 2005**
Date

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] FRANKLIN J. TAITAGUE | 4-13-05 |

### Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4-13-05
             Date

JOAQUIN L.G. SALAS
Name of United States Marshal

*(signed) Franklin J. Taitague*
(by) Deputy United States Marshal

Remarks: SERVED TO IMMIGRATION + CUSTOMS ENFORCEMENT AGENT MANNY CANDELA ON 4-13-05 AT 3:25 p.m.

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.