AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

FILED
DISTRICT COURT OF GUAM
APR 13 2005
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA
V.

**BING JIN CHEN aka
TONYA WING-SEE CHIANG**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE ③

Case Number: CR-05-00034-002

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Friday, April 15, 2005 at 11:00 a.m. |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

Charging you with a violation of Title __18__ United States Code, Section(s) __1546__

Brief description of offense:

**USE OF ALTERED PASSPORTS**

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

April 13, 2005
Date

AO 83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Date
Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4.13.05
                Date

JOAQUIN L.G. SALAS
Name of United States Marshal

/s/ Franklin F. Partingue
(by) Deputy United States Marshal

Remarks: SERVED TO IMMIGRATION & CUSTOMS ENFORCEMENT AGENT MANNY CANDELA ON 4.13.05 AT 3:25 PM.

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.