DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>JIA HE ZHENG, aka JEFF SUI-WAH WONG and BING JIN CHEN, aka TONYA WING-SEE CHIANG,<br><br>       Defendants. | CRIMINAL CASE NO. 05-00034<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **JIA HE ZHENG** and **RAWLEN MANTANONA** is appointed to represent defendant **BING JIN CHEN** in the above-entitled case *nunc pro tunc* to April 13, 2005.

Dated this 15TH day of April, 2005.

JOAQUIN V.E. MANIBUSAN, Magistrate Judge
U.S. DISTRICT COURT OF GUAM