# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## CRIMINAL MINUTES

DISTRICT COURT OF GUAM
APR 15 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. 05-00034**  **DATE:** 4/15/2005  **TIME:**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Court Reporter: Wanda Miles
Hearing Electronically Recorded: 1:49:15 - 2:02:05

Law Clerk: Judith Hattori
Courtroom Deputy: Virginia T. Kilgore
CSO: N. Edrosa / J. Lizama

**************************APPEARANCES****************************

**DEFT: JIA HE ZHENG, aka JEFF SHUI-WAH ONG**   **ATTY: KIM SAVO**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**DEFT: BING JIN CHEN, aka TONYA WING-SEE CHIANG**  **ATTY: RAWLEN MANTANONA**
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY:** RUSSELL STODDARD       **AGENT:** MANUEL CANDELA, IMMIGRATION AND CUSTOMS ENFORCEMENT

**U.S. PROBATION:** CHRIS DUENAS          **U.S. MARSHAL:** S. LUJAN / R. LUMAGI

**INTERPRETER:** FOO MEE CHUN CLINARD   ( ) SWORN   **LANGUAGE:** CHINESE
                                         ( X ) PREVIOUSLY SWORN

**PROCEEDINGS: INITIAL APPEARANCE RE INDICTMENT / ARRAIGNMENT**

( ) COMPLAINT READ TO DEFENDANT
( X ) ATTORNEYS APPOINTED TO REPRESENT DEFENDANTS:
    FEDERAL PUBLIC DEFENDER: JIA HE ZHENG    RAWLEN MANTANONA: BING JIN CHEN

( X ) DEFENDANTS SWORN AND EXAMINED: JIA HE ZHENG   HIGH SCHOOL COMPLETED: 9 Years of School
                                     BING CHEN      HIGH SCHOOL COMPLETED: Graduated from Junior High
( X ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR: _____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE    ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( X ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
    DEFENDANTS OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( X ) DEFENDANTS WAIVE READING OF ( ) COMPLAINT ( ) INFORMATION ( X ) INDICTMENT
( X ) PLEAS ENTERED: ( ) *GUILTY* ( X ) *NOT GUILTY* - TO: THE CHARGE CONTAINED IN THE INDICTMENT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO: _____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____   ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( X ) TRIAL SET FOR: JUNE 15, 2005 at 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANTS REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court informed the parties that the probation office has given him an oral recommendation for detention of defendants. No objection by the parties. The Court ordered detention.

Case 1:05-cr-00034   Document 5   Filed 04/15/2005   Page 1 of 1