MANTANONA
LAW OFFICE
GCIC Bldg., Suite 601B
414 West Soledad Avenue
Hagatna, Guam 96910
Telephone (671) 472-3666
Facsimile (671) 472-3668

Attorney for **Bing Jin Chen**
**Aka Tonya Wing-See Chiang**

**FILED**
DISTRICT COURT OF GUAM
MAY 24 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL CASE NO. 05-00034-002 |
| ) | |
| Plaintiff ) | NOTICE OF INTENT TO CHANGE PLEA |
| vs. ) | AND REQUEST FOR HEARING; |
| ) | CERTIFICATE OF SERVICE |
| BING JIN CHEN aka ) | |
| TONYA WING-SEE CHIANG ) | |
| ) | |
| Defendant ) | |

## NOTICE OF INTENT TO CHANGE PLEA AND REQUEST FOR HEARING

Defendant, BING JIN CHEN aka TONYA WING-SEE CHIANG, by and through his attorney or record, Rawlen M T Mantanona, Mantanona Law Office, hereby submits Notice of Intent to Change Plea from not guilty to guilty. Defendant further requests that a hearing on said Change of Plea be scheduled for a time and date convenient to the court.

Dated: 5/20/05

MANTANONA LAW OFFICE
Attorney for **Bing Jin Chen**
**Aka Tonya Wing-See Chiang**

_____
RAWLEN M T MANTANONA, ESQ.
A duly licensed attorney

IT IS SO ORDERED that defendant be permitted to change his plea from not guilty to guilty on  Wed. May 25 , 2005 at 2:00 pm

JOAQUIN V. E. MANIBUSAN, JR.
MAGISTRATE JUDGE
District Court of Guam


RECEIVED
MAY 23 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

United States of America vs. Bing Jin Chen aka Tonya Wing-See Chiang
Notice of Intent to Change Plea / Certificate of Service
Page 2

Case 1:05-cr-00034   Document 11   Filed 05/24/2005   Page 2 of 3

## CERTIFICATE OF SERVICE

I, CHARLENE D. MAYO, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on MAY 23, 2005

Russell C. Stoddard
First Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

DATED: May 23, 2005

_____
CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona
Attorney for, Defendant **Bing Jin Chen Aka Tonya Wing-See Chiang**

United States of America vs. Bing Jin Chen aka Tonya Wing-See Chiang
Notice of Intent to Change Plea / Certificate of Service
Page 3

Case 1:05-cr-00034   Document 11   Filed 05/24/2005   Page 3 of 3