# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES

**CASE NO. CR-05-00034-001**     **DATE: 06/01/2005**     **TIME: 11:09 a.m.**

**HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**     Law Clerk: Jennifer Moton
Court Reporter: Wanda M. Miles     Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 11:09:05 - 11:30:08     CSO: B. Peredo

**************************APPEARANCES**************************

**DEFT:** JIA HE ZHENG     **ATTY:** KIM SAVO
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.     ( X ) PRESENT  ( ) RETAINED  ( X ) FPD  ( ) CJA APPOINTED

**U.S. ATTORNEY:** RUSS STODDARD     **AGENT:** MANNY CANDELLA, B.I.C.E.

**U.S. PROBATION:** ROBERT CARREON     **U.S. MARSHAL:** M. UNGACTA / F. TAITAGUE / W. GRAY

**INTERPRETER:** FOO MEE CHUN CLINARD     **LANGUAGE:** CHINESE

**PROCEEDINGS:     CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: 24     SCHOOL COMPLETED: 9 YEARS
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at ____
( X ) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: COUNT I - USE OF AN ALTERED PASSPORT
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: NO WRITTEN PLEA AGREEMENT   PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: JULY 8, 2005  at  9:30 A.M.  ( ) STATUS HEARING:_____ at ____
( X ) PRESENTENCE REPORT ORDERED AND DUE: JUNE 30, 2005
( ) PRELIMINARY EXAMINATION SET FOR:_____

ACKNOWLEDGED RECEIPT
By: _____
Date: 06.3.05

PROCEEDINGS CONTINUED TO:_____ at ____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) *PROCESSING* ( X ) *DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at ____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court noted that the defendant executed a written consent to enter his plea of guilty before a U.S. Magistrate Judge.

The Court executed the Report and Recommendation Concerning Defendant's Plea of Guilty.

Defense requested for an expedited sentencing date and informed the Court that the Probation Office was informed that such a request would be made and that parties were in agreement of the sentence to be imposed. The Court Granted the request for expedited sentencing.