

DISTRICT COURT OF GUAM

JUN - 1 2005

MARY L.M. MORAN
CLERK OF COURT



IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00034 |
| Plaintiff, | ) | |
| | ) | **CONSENT TO RULE 11 PLEA IN** |
| vs. | ) | **A FELONY CASE BEFORE UNITED** |
| | ) | **STATES MAGISTRATE JUDGE** |
| JIA HE ZHENG a.k.a. | ) | |
| JEFF SHUI-WAH WONG, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I have been advised by my attorney and by the United States Magistrate Judge of my
right to enter my plea in this case before a United States District Judge. I hereby declare my
intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate
Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure,
incident to the making of such plea. I understand that if the United States Magistrate Judge
recommends that the plea of guilty be accepted, a presentence investigation and report will be
ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the
assigned United States District Judge will then act on the Magistrate Judge's Report and
Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

1  sentencing hearing at which the District Judge will decide whether to accept or reject any

2  associated plea agreement, and will determine and impose sentence.

3        DATED this ___/___ day of June 2005.

4

5

6                                                
JIA HE ZHENG a.k.a.

7                                                
JEFF SHUI-WAH WONG

8                                                
Defendant

9

10                                                
KIM SAVO

11                                                
Assistant Federal Public Defender
Attorney for Defendant

12

13

14                                                
APPROVED:

15

16

17                                                
RUSSELL C. STODDARD
First Assistant U.S. Attorney

18

19

20

21

22

23

24

25

26

27

28