IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

FILED
DISTRICT COURT OF GUAM
JUN - 1 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00034-002**  **DATE: 06/01/2005**  **TIME: 11:32 a.m.**

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge**  Law Clerk: Jennifer Moton
Court Reporter: Wanda M. Miles   Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 11:32:29 - 11:50:32   CSO: B. Peredo

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT:** __BING JIN CHEN__   **ATTY:** __RAWLEN MANTANONA__
( X ) PRESENT  ( X ) CUSTODY  ( ) BOND  ( ) P.R.   ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

**U.S. ATTORNEY: RUSS STODDARD**   **AGENT: MANNY CANDELLA, B.I.C.E.**

**U.S. PROBATION: ROBERT CARREON**   **U.S. MARSHAL: F. TAITAGUE / J. CURRY**

**INTERPRETER:** __FOO MEE CHUN CLINARD__   **LANGUAGE:** __CHINESE__

**PROCEEDINGS:**    **CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED
( X ) DEFENDANT SWORN AND EXAMINED: AGE: __30__  SCHOOL COMPLETED: JR. HIGH
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( X ) COURT QUESTIONS DEFENDANT REGARDING HER PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( X ) PLEA ENTERED: ( X ) *GUILTY* ( ) *NOT GUILTY* - TO: __COUNT I - USE OF AN ALTERED PASSPORT__
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( X ) PLEA AGREEMENT FILED: __NO WRITTEN PLEA AGREEMENT__ PLEA: ( X ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( X ) SENTENCING DATE: __JULY 8, 2005__ at __10:00 A.M.__ ( ) STATUS HEARING: _____ at _____
( X ) PRESENTENCE REPORT ORDERED AND DUE: __JUNE 30, 2005__
( ) PRELIMINARY EXAMINATION SET FOR: _____

ACKNOWLEDGED RECEIPT
By: _____
Date: 6-2-05

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
( X ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )PROCESSING ( X )DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

The Court noted that the defendant executed a written consent to enter her plea of guilty before a U.S. Magistrate Judge.

The Court executed the Report and Recommendation Concerning Defendant's Plea of Guilty.

Defense requested for an expedited sentencing date and stated that his client is in the same situation as the co-defendant's counsel represented. The Court Granted the request for expedited sentencing.