
FILED
DISTRICT COURT OF GUAM
JUN - 1 2005
MARY L.M. MORAN
CLERK OF COURT


IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BING JIN CHEN a.k.a.<br>TONYA WING-SEE CHIANG<br><br>            Defendant. | CRIMINAL CASE NO. 05-00034<br><br>**CONSENT TO RULE 11 PLEA IN<br>A FELONY CASE BEFORE UNITED<br>STATES MAGISTRATE JUDGE** |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the Magistrate Judge conducting the proceedings required by Rule 11, Federal Rules of Criminal Procedure, incident to the making of such plea. I understand that if the United States Magistrate Judge recommends that the plea of guilty be accepted, a presentence investigation and report will be ordered pursuant to Rule 32, Federal Rules of Criminal Procedure. I further understand that the assigned United States District Judge will then act on the Magistrate Judge's Report and Recommendation; and, if the plea of guilty is accepted, will adjudicate guilt and schedule a

///
///
///
///
///

sentencing hearing at which the District Judge will decide whether to accept or reject any associated plea agreement, and will determine and impose sentence.

DATED this __1__ day of June 2005.

*CHEN BING JING*
BING JIN CHEN a.k.a.
TONYA WING-SEE CHIANG
Defendant

RAWLEN MANTANONA
Attorney for Defendant

APPROVED:

RUSSELL C. STODDARD
First Assistant U.S. Attorney