ZhengJ.APR

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

FILED
DISTRICT COURT OF GUAM
JUN 29 2005 9P
MARY L.M. MORAN
CLERK OF COURT
22

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE TERRITORY OF GUAM**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
JIA HE ZHENG, a/k/a
JEFF SHUI-WAH WONG,
Defendant.

CRIMINAL CASE NO. 05-00034-001

**GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT**

Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 29th day of June, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ______________________
RUSSELL C. STODDARD
First Assistant U.S. Attorney

ORIGINAL

## CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on June 29, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in United States v. Jia He Zheng, a/k/a Jeff Shui-Wah Wong, Criminal Case No. 05-00034-001 to the following counsel:

Kim Savo
Assistant Federal Public Defender
Office of the Federal Public Defender
Suite 501, First Hawaiian Bank Bldg.
400 Route 8
Mongmong, Guam 96910

FAX: 472-7120

CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney