ChenB.APR

LEONARDO M. RAPADAS
United States Attorney
RUSSELL C. STODDARD
First Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
JUN 29 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00034-002 |
| Plaintiff, ) | |
| vs. ) | **GOVERNMENT'S STATEMENT ADOPTING FINDINGS OF PRESENTENCE REPORT** |
| BING JIN CHEN, a/k/a/ ) TONYA WING-SEE CHIANG, ) | |
| Defendant. ) | |

Pursuant to General Order 88-1, paragraph 3(b), the United States adopts the findings of the Presentence Report for the above defendant.

Respectfully submitted this 29th day of June, 2005.

                                                       LEONARDO M. RAPADAS
                                                       United States Attorney
                                                       Districts of Guam and NMI

                                            By: _____
                                                  RUSSELL C. STODDARD
                                                  First Assistant U.S. Attorney

ORIGINAL

-1-

# CERTIFICATE OF SERVICE

I, CARMELLETA SAN NICOLAS, working in the United States Attorney's Office, hereby certify that on June 29, 2005, I caused to be served by facsimile service, an unfiled copy of the foregoing document: **Government's Statement Adopting Findings of Presentence Report**, in United States v. Bing Jin Chen a/k/a Tonya Wing-See Chiang, Criminal Case No. 05-00034-002 to the following counsel:

> Rawlen Mantanona
> Attorney at Law
> GCIC Bldg., Suite 601B
> 414 West Soledad Avenue
> Hagatna, Guam 96910
>
> FAX: 472-3668

_____
CARMELLETA SAN NICOLAS
Secretary to U.S. Attorney