JOHN T. GORMAN
Federal Public Defender
District of Guam

KIM SAVO
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
JIA HE ZHENG





IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | 05-00034 |
|---|---|---|
| Plaintiff, | ) ) ) ) | DEFENDANT'S POSITION RE SENTENCING |
| vs. | ) ) | |
| JIA HE ZHENG, | ) ) | |
| Defendant. | ) ) | |

Defendant, JIA HE ZHENG, by and through counsel, Kim Savo, Assistant Federal Public Defender, respectfully asks the Court to sentence him to a time-served sentence of 98 days as recommended in the presentence report filed with the Court on June 21, 2005. Mr. Zheng adopts the findings made in the presentence report.

Respectfully submitted this day, June 30, 2005.

_____
KIM SAVO
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I, RENATE A. DOEHL, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on June 30, 2005:

RUSSELL C. STODDARD
First Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Mongmong, Guam, June 30, 2005.

RENATE A. DOEHL
Operations Administrator

KIM SAVO
Attorney for Defendant
JIA HE ZHENG